**LAW OFFICES OF SCOTT D. BRENNER**
*Attorney for Defendants*
NEW YORK INTERIOR CONSTRUCTION, INC.,
THE MANAGEMENT GROUP, INC., and
FRED TAVERNA
Scott D. Brenner (SB-4264)
66 Reade Street
New York, New York 10007
(203) 733-7753



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIUSZ UCINSKI and WOJTEK
TANKIELUN, individually and on behalf of all
other persons similarly situated who were
employed by NEW YORK INTERIOR
CONSTRUCTION, INC. and THE
MANAGEMENT GROUP, INC.,

           Plaintiff,

-against-

NEW YORK INTERIOR CONSTRUCTION,
INC. and its affiliates, subsidiaries and related
entities, THE MANAGEMENT GROUP, INC.,
and its affiliates, subsidiaries and related entities,
FRED TAVERNA and DEAN LARKEY,

           Defendants.
------------------------------------------------------------x

08 CV 0088 (LAP)

**STIPULATION & ORDER**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties hereto that defendants, NEW YORK INTERIOR CONSTRUCTION, INC. and its affiliates, subsidiaries and related entities, THE MANAGEMENT GROUP, INC., and its affiliates, subsidiaries and related entities, FRED TAVERNA and DEAN LARKEY, time to appear, answer, or move, with respect to the Complaint, in the above-referenced action, is extended to and including April 17, 2008.

{C:\00219-0C12\700124856.DOC;1}

Dated: New York, New York
March 14, 2008

BARNES, IACCARINO,
VIRGINIA, AMBINDER
& SHEPHERD PLLC
*Attorneys for Plaintiff*

By: _____
Lloyd R. Ambinder (LA-4122)
111 Broadway, 14th Floor
New York, NY 10006
(212) 943-9080

LAW OFFICES OF
SCOTT D. BRENNER
*Attorney for Defendants*

By: _____
Scott D. Brenner (SB-4264)
66 Reade Street
New York, NY 10007
(203) 733-7753

Dated: New York, New York
March 17, 2008

**SO ORDERED:**

_____
U.S.D.J.

2

{Client\002194\C1213\00124866.DOC;1}