PRESKA, S.

**LAW OFFICES OF SCOTT D. BRENNER**
*Attorney for Defendants*
NEW YORK INTERIOR CONSTRUCTION, INC.,
THE MANAGEMENT GROUP, INC., and
FRED TAVERNA
Scott D. Brenner (SB-4264)
66 Reade Street
New York, New York 10007
(203) 733-7753

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MARIUSZ UCINSKI and WOJTEK
TANKIELUN, individually and on behalf of all
other persons similarly situated who were
employed by NEW YORK INTERIOR
CONSTRUCTION, INC. and THE
MANAGEMENT GROUP, INC.,

                     Plaintiff,

-against-

NEW YORK INTERIOR CONSTRUCTION,
INC. and its affiliates, subsidiaries and related
entities, THE MANAGEMENT GROUP, INC.,
and its affiliates, subsidiaries and related entities,
FRED TAVERNA and DEAN LARKEY,

                     Defendants.
------------------------------------------------------x

08 CV 0088 (LAP)

**STIPULATION & ORDER**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties hereto that defendants, NEW YORK INTERIOR CONSTRUCTION, INC. and its affiliates, subsidiaries and related entities, THE MANAGEMENT GROUP, INC., and its affiliates, subsidiaries and related entities, FRED TAVERNA and DEAN LARKEY, time to appear, answer, or move, with respect to the Complaint, in the above-referenced action, is extended to and including April 30, 2008.

Dated: New York, New York
April 15, 2008

BARNES, IACCARINO,
VIRGINIA, AMBINDER
& SHEPHERD PLLC
Attorneys for Plaintiff

By: _____
Lloyd R. Ambinder (LA-4122)
111 Broadway, 14th Floor
New York, NY 10006
(212) 943-9080

LAW OFFICES OF
SCOTT D. BRENNER
Attorney for Defendants

By: _____
Scott D. Brenner (SB-4264)
66 Reade Street
New York, NY 10007
(203) 733-7753

*Counsel shall inform the Court by letter no later than April 30 of the status of the action.*

Dated: New York, New York
April 16, 2008

SO ORDERED:

_Loretta A. Preska_
U.S.D.J.

2