**LAW OFFICES OF SCOTT D. BRENNER**
*Attorney for Defendants*
*NEW YORK INTERIOR CONSTRUCTION, INC.,*
*THE MANAGEMENT GROUP, INC., and*
*FRED TAVERNA*
Scott D. Brenner (SB-4264)
66 Reade Street
New York, New York 10007
(646) 330-4725

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARIUSZ UCINSKI and WOJTEK
TANKIELUN, individually and on behalf of all
other persons similarly situated who were
employed by NEW YORK INTERIOR
CONSTRUCTION, INC. and THE                :    08 CV 0088 (LAP)
MANAGEMENT GROUP, INC.,

              Plaintiff,    :    **ANSWER TO FIRST AMENDED**
                                                            **CLASS ACTION COMPLAINT**

        -against-

NEW YORK INTERIOR CONSTRUCTION OF
NY, INC. and its affiliates, subsidiaries and
related entities, THE MANAGEMENT GROUP,
INC., and its affiliates, subsidiaries and related
entities, and FRED TAVERNA,

             Defendants.
-------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants **NY INTERIOR CONSTRUCTION OF NY, INC. and its affiliates, subsidiaries and related entities, THE MANAGEMENT GROUP, INC., and its affiliates, subsidiaries and related entities, and FRED TAVERNA** (private non-governmental party) certifies that neither **NY INTERIOR CONSTRUCTION OF NY, INC., nor THE MANAGEMENT GROUP, INC.** is a publicly held corporation and that neither entity has

parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York
April 30, 2008

                              **LAW OFFICES OF SCOTT D. BRENNER**
                              *Attorney for Defendants*

                              By: _____
                              Scott D. Brenner (SB-4264)
                              66 Reade Street
                              New York, NY 10007
                              Tel. (646) 330-4725
                              Fax (646) 417-6422

To:   **BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD PLLC**
       *Attorneys for Plaintiff*
       Lloyd R. Ambinder (      )
       111 Broadway, 14th Floor
       New York, NY 10006
       (212) 943-9080